AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| JONATHAN F. STEED,<br>　　　Plaintiff,<br><br>v.<br><br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>　　　Defendant. | **JUDGMENT**<br>**CASE NO. 7:13-CV-7-D** |

Decision by the Court:

　　**IT IS ORDERED AND ADJUDGED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **DECEMBER 11, 2013,** WITH A COPY TO:

Lawrence Wittenberg (via CM/ECF electronic notification)
Cassia W. Parson (via CM/ECF electronic notification)

| | |
|---|---|
| December 11, 2013<br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br>/s/Debby Sawyer<br>(By) Deputy Clerk |

Raleigh, North Carolina