IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-CV-00007

| | | |
|---|---|---|
| JONATHAN F. STEED, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) ) | ORDER |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | | |

This is a Social Security case in which a judgment and order were entered reversing the Commissioner's Decision and remanding the case. The Plaintiff has moved for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $4,112.50.

On the basis of Plaintiff's motion and supporting documents, IT IS ORDERED that the Commissioner of Social Security pay $4,112.50 in attorney's fees in full satisfaction of any claim for fees, costs, and other expenses pursuant to EAJA.

SO ORDERED. This 10 day of March 2014.

JAMES C. DEVER III
Chief United States District Judge